COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Fernando Guerrero v. The State of Texas

Appellate case number:      01-17-00462-CR

Trial court case number:    1493328

Trial court:                351st District Court of Harris County

On December 5, 2017, we abated this appeal and remanded the case to the trial court. In the abatement order, we directed the trial court to determine appointed trial counsel's motion to withdraw and, if necessary, appoint counsel, at no expense to appellant, to represent him on appeal. The trial court clerk has filed a supplemental clerk's record that includes the trial court's December 7, 2017 order appointing Scott C. Pope of the Harris County Public Defender's Office to represent appellant on appeal. Accordingly, we **REINSTATE** this case on the Court's active docket.

On January 8, 2018, appellant filed a notice designating Daucie Schindler of the Harris County Public Defender's Office as new lead counsel for appellant. *See* TEX. R. APP. P. 6.1(c). The Clerk of this Court is directed to note Daucie Schindler as appointed counsel for appellant on the docket of this Court. *See id.* 6.1(c), 6.3.

Appellant's brief is due to be filed in this appeal no later than 30 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually      ☐ Acting for the Court

Date: January 18, 2018